US DISTRICT COURT
WESTERN DIST ARKANSAS
FILED

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

AUG 10 2011

CHRIS R. JOHNSON, Clerk
By
Deputy Clerk

| UNITED STATES OF AMERICA | ) | No. 2:11CR20043-001 thru 004 |
|---|---|---|
| | ) | |
| | ) | 8 U.S.C. § 1326(a) |
| | ) | 8 U.S.C. § 1326(b)(1) |
| | ) | 18 U.S.C. § 922(g)(1) |
| | ) | 18 U.S.C. § 922(g)(5) |
| v. | ) | 18 U.S.C. § 924(c)(1)(A) |
| | ) | 18 U.S.C. § 924(d) |
| | ) | 18 U.S.C. § 924(a)(2) |
| | ) | 18 U.S.C. § 982 |
| | ) | 18 U.S.C. § 3665 |
| JAIME ACEVES-MARTINEZ - 001 | ) | 21 U.S.C. § 841(a)(1) |
| BRENDA DAY - 002 | ) | 21 U.S.C. § 841(b)(1)(B)(viii) |
| MATTHEW REMALEY and - 003 | ) | 21 U.S.C. § 846 |
| DAVID WILLIAMS - 004 | ) | 21 U.S.C. § 853 |

## INDICTMENT

The Grand Jury charges:

### COUNT 1

Beginning at a time unknown to the Grand Jury, but at least as early as July 2011 until on or about July 27, 2011, in the Western District of Arkansas, Fort Smith Division, the defendants, **JAIME ACEVES-MARTINEZ, BRENDA DAY, MATTHEW REMALEY, and DAVID WILLIAMS**, did knowingly combine, conspire, confederate and agree, with each other, and others known and unknown to the Grand Jury, to knowingly distribute more than 50 grams of a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, in violation of Title 21 U.S.C. §§ 841(a)(1), 841(b)(1)(B)(viii), and 846.

COUNT 2

On or about July 26, 2011, in the Western District of Arkansas, Fort Smith Division, the defendant, **MATTHEW REMALEY**, did knowingly possess with intent to distribute a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, in violation of Title 21 U.S.C. § 841(a)(1).

COUNT 3

On or about July 26, 2011, in the Western District of Arkansas, Fort Smith Division, the defendant, **DAVID WILLIAMS**, did knowingly possess with intent to distribute more than 50 grams of a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, in violation of Title 21 U.S.C. §§ 841(a)(1) and (b)(1)(B)(viii).

COUNT 4

On or about July 27, 2011, in the Western District of Arkansas, Fort Smith Division, the defendant, **JAIME ACEVES-MARTINEZ**, did knowingly possess with intent to distribute more than 50 grams of a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, in violation of Title 21 U.S.C. §§ 841(a)(1) and (b)(1)(B)(viii).

COUNT 5

On or about July 27, 2011, in the Western District of Arkansas, Fort Smith Division, the defendant, **JAIME ACEVES-MARTINEZ**, having been convicted of a crime punishable by more than one year imprisonment, did knowingly possess a firearm, specifically a Ruger, model P93, 9 millimeter caliber pistol, serial number 306-10899, which had been shipped and transported in interstate commerce, in violation of Title 18 U.S.C. §§ 922(g)(1) and 924(a)(2).

## COUNT 6

On or about July 27, 2011, in the Western District of Arkansas, Fort Smith Division, the defendant, **JAIME ACEVES-MARTINEZ**, being an alien who is illegally and unlawfully in the United States, did knowingly possess a firearm, specifically a Ruger, model P93, 9 millimeter caliber pistol, serial number 306-10899, which had been shipped and transported in interstate commerce, in violation of Title 18 U.S.C. §§ 922(g)(5) and 924(a)(2).

## COUNT 7

On or about July 27, 2011, in the Western District of Arkansas, Fort Smith Division, the defendant, **JAIME ACEVES-MARTINEZ**, did knowingly carry and use a firearm, specifically a Ruger, model P93, 9 millimeter caliber pistol, serial number 306-10899, and possess said firearm in furtherance of a drug trafficking crime, for which he may be prosecuted in a court of the United States, that is possession with intent to distribute more than 50 grams of a mixture or substance which contained a detectable amount of methamphetamine, a Schedule II controlled substance, as charged in Count 4 of this Indictment, in violation of Title 18 U.S.C. § 924(c)(1)(A).

## COUNT 8

On or about July 27, 2011, in the Western District of Arkansas, Fort Smith Division, the defendant, **JAIME ACEVES-MARTINEZ**, an illegal alien who had been previously removed or deported from the United States on or about 2007, after being convicted of a felony, namely Possession of Methamphetamine, in the Circuit Court of Crawford County, Arkansas, was thereafter found to be in the United States, having knowingly and unlawfully re-entered this country without having obtained permission from the Attorney General of the United States and/or the Secretary of

the Department of Homeland Security to re-enter the United States, in violation of Title 8, U.S.C. §§1326(a) and (b)(1).

## FORFEITURE ALLEGATION

The Grand Jury re-alleges and incorporates by reference herein Counts 1, 2, 3, 4, 5, 6, 7 and 8 of this Indictment.

Upon conviction of Counts 1, 2, 3, and/or 4 of this Indictment, the defendants JAIME ACEVES-MARTINEZ, BRENDA DAY, MATTHEW REMALEY, and DAVID WILLIAMS, shall forfeit to the United States pursuant to 21 U.S.C. § 853, any property constituting, or derived from, proceeds obtained, directly or indirectly, as a result of the said violations, and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of the said violations, including but not limited to the following:

a. A sum of United States currency representing the amount of proceeds obtained by the defendants named herein as a result of the offense described in Counts 1, 2, 3, and/or 4 of this Indictment,

b. All real and personal property, derived from, involved in, or used to facilitate the offenses described in Counts 1, 2, 3, and/or 4 of this Indictment.

Upon conviction of Counts 5, 6 and/or 7 of this Indictment, the defendant JAIME ACEVES-MARTINEZ shall forfeit to the United States pursuant to 18 U.S.C. §§ 924(d) and 3665 the firearm and any accompanying ammunition used in the offense, to wit:

1. A Ruger, model P93, 9 millimeter caliber pistol, serial number 306-10899

2. Any accompanying ammunition.

If any of the above-described forfeitable property, as a result of any act or omission of the defendants:

(a) cannot be located upon the exercise of due diligence;

(b) has been transferred or sold to, or deposited with, a third party;

(c) has been placed beyond the jurisdiction of the Court;

(d) has been substantially diminished in value; or

(e) has been commingled with other property which cannot be divided without difficulty,

it is the intent of the United States, pursuant to 21 U.S.C. § 853(p) and 18 U.S.C. § 982(b)(1), to seek forfeiture of any other property of said defendants up to the value of the forfeitable property described above.

A True Bill.

/s/ Grand Jury Foreperson
Grand Jury Foreperson

By:

CONNER ELDRIDGE
UNITED STATES ATTORNEY

Matthew J. Wilson
Assistant U. S. Attorney
Florida Bar No. 20584
414 Parker Avenue
Fort Smith, AR 72901
479-783-5125
matthew.j.wilson@usdoj.gov