PROB 12C
(REV. 5/2018)

# UNITED STATES DISTRICT COURT

for the

WESTERN DISTRICT OF ARKANSAS

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender:    Brenda Golden Day                                Case Number:    2:11CR20043-002

Name of Sentencing Judicial Officer:    Honorable P.K. Holmes, III, United States District Judge

Date of Original Sentence:    March 6, 2012

Original Offense:    Conspiracy to Distribute more than 50 grams of Methamphetamine, A Schedule II Controlled Substance, in violation of 21 U.S.C. §§ 841(a)(1), (b)(1)(viii) and 846

Original Sentence:    Seventy (70) months imprisonment; four (4) years supervised release; mandatory conditions; standard conditions; drug testing/treatment; search condition; and $100 special assessment

January 9, 2015: Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2) was granted and the previous imposed sentence of imprisonment was reduced to 57 months.

Type of Supervision:    Supervised Release                   Date Supervision Commenced:    June 12, 2017

## PETITIONING THE COURT

☒ To issue a warrant
☐ To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

Violation Number | Nature of Noncompliance
--- | ---
1 | **New Law Violation: The defendant shall not commit another federal, state, or local crime.**

On June 4, 2020, Brenda Golden Day (Day) was arrested by the Sebastian County Sheriff's Office (SCSO) for driving while suspended/revoked, tampering with physical evidence and possession of a controlled substance. According to the arrest report, Day was the driver of a vehicle stopped for a traffic violation and a computer check revealed her driver's license was suspended. Day was arrested for driving while suspended/revoked and transported to the Sebastian County Detention Center. Once at the Sebastian County Detention Center, Day exited the patrol vehicle and the officer observed Day had something in her hand and observed a white crystal substance in the seat where she was sitting. The officer lifted the seat and saw more of a white crystal substance in the floor. The arrest report indicates the substance was consistent with methamphetamine and the substance was not in or under the seat prior to Day's arrest.

Day, Brenda Golden
2:11CR20043-002
Page 2

2  **New Law Violation: The defendant shall not commit another federal, state, or local crime.**

On July 28, 2020, Brenda Golden Day (Day) was indicted on federal charges of Conspiracy to Distribute More than Five (5) Grams of Methamphetamine, a Schedule II Controlled Substance and Knowingly and Intentionally Distributing More than Five (5) Grams of Methamphetamine, a Schedule II Controlled Substance. Day was arrested on August 5, 2020 on these charges and is currently incarcerated at the Washington County Detention Center. She is set to appear for an arraignment on August 6, 2020.

**U.S. Probation Officer Recommendation:**

A hearing to be held to show cause why supervision should not be revoked.

I declare under penalty of perjury that the foregoing is true and correct.

Approved:

*[signature]*

Michael K. Scott
Supervising U.S. Probation Officer
Date:  August 5, 2020

Respectfully submitted,

*[signature]*

Blake Wright
U.S. Probation Officer
Date:  August 5, 2020

---

THE COURT ORDERS:

☐ No action.

☒ The issuance of a warrant.

☐ The issuance of a summons.

☐ Other

*[signature] P. K. Holmes*

Honorable P.K. Holmes, III
U.S. District Judge
8/5/2020

Date

FILED
US DISTRICT COURT
WESTERN DISTRICT
OF ARKANSAS

Aug 5, 2020

OFFICE OF THE CLERK